JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN, | Case No. CV 16-4071-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| D. ASUNCION, | |
| Respondent. | |

Pursuant to the Order Summarily Denying Petition and Dismissing Action for Failure to State Cognizable Habeas Claim,

IT IS HEREBY ADJUDGED that the Petition is summarily DENIED and this action is summarily DISMISSED.

Dated: July 28, 2016

HON. CONSUELO B. MARSHALL
United States District Judge